# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00403-CV

### In re Christopher Reynolds

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Christopher Reynolds filed his petition for writ of mandamus, asking the Court to direct the trial court to vacate its order denying real parties in interest Monica Guerra Little and Alex Little's motion to strike real party in interest Robin Simpson's pleadings. *See* Tex. R. App. P. 52.1.  Having reviewed the petition, the record, the responses, and the reply, we deny the petition for writ of mandamus.  *See* Tex. R. App. P. 52.8.

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed:  August 21, 2015